IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02182-BNB

TAWNY MARTIN,

    Plaintiff,

v.

ALVIN STJERNHOLM,

    Defendant.

---

ORDER DISMISSING CASE

---

On August 14, 2013, Plaintiff Tawny Martin, acting *pro se*, filed a Complaint. After review of the Complaint, Magistrate Judge Boyd N. Boland entered an order on September 20, 2013, directing Plaintiff to submit an Amended Complaint that complied with Fed. R. Civ. P. 8. On October 21, 2013, counsel entered an appearance on behalf of Plaintiff and requested a one-week extension of time either to amend the Complaint or to voluntarily dismiss the action. Plaintiff, through counsel, submitted a Notice of Voluntary Dismissal on October 28, 2013.

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Defendant has not filed an answer in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* 8-41 James Wm. Moore et al., Moore's Federal Practice § 41.33(6)(a) (3d ed. 1997); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th

Cir. 1968).  The case will be closed as of October 28, 2013, the date the Notice was filed with the Court.  *See Hyde Constr. Co.*, 388 F.2d at 507.  Accordingly, it is

ORDERED that the Notice of Voluntary Dismissal is effective as of October 28, 2013, the date Plaintiff filed the Notice in this action.

DATED at Denver, Colorado, this  31st  day of    October    , 2013.

BY THE COURT:


  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court